UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG



FILED
JUN 10 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 6:09-00151
     18 U.S.C. § 1027
     18 U.S.C. § 2

HAROLD CAIN ULLUM

## I N F O R M A T I O N

The United States Attorney Charges:

### (False Statement On ERISA Record)

On or about April 13, 2005, at or near Parkersburg, Wood County West Virginia, in the Southern District of West Virginia and elsewhere, defendant HAROLD CAIN ULLUM, in a document required by title I of the Employee Retirements Income Security Act of 1974 ("ERISA") to be kept as part of the records of the Chemical Valley Pension Fund of West Virginia, a multi-employer pension benefit plan, made and willfully caused to be made a false statement and representation of fact, knowing it to be false, and knowingly concealed, covered up, and failed to disclose a fact, the disclosure of which was required by ERISA and which was necessary to verify, explain, clarify, and check for accuracy and completeness information required to be certified by such title, that is, a Fringe Benefit Monthly Report Form indicating that a

person known to the United States Attorney (the "Known Person") worked 125 hours for a company known to the United States Attorney (the "Known Business") in March 2005, when in fact, as defendant then well knew, the Known Person did not work for the Known Business during that time period.

In violation of Title 18, United States Code, Sections 1027 and 2.

CHARLES T. MILLER
United States Attorney

By: _____
Thomas C. Ryan
Assistant United States Attorney